PER CURIAM.
Affirmed. United States v. Wai-Keung, 845 F.Supp. 1548, 1558 (S.D.1994); McNamara v. State, 357 So.2d 410, 412 (Fla.1978); State v. Smith, 477 So.2d 658, 660 (Fla. 5th DCA 1985); Cross v. State, 432 So.2d 780, 782 (Fla. 3d DCA 1983); Sapp v. State, 411 So.2d 363 (Fla. 4th DCA 1982); Black v. State, 367 So.2d 656 (Fla. 3d DCA), cert, denied, 378 So.2d 342 (Fla.1979); State v. Sepulvado, 362 So.2d 324, 327 (Fla. 2d DCA 1978), cert, denied, 368 So.2d 1374 (Fla.1979); 1 Wayne LaFave, Search and Seizure: A Treatise on the Fourth Amendment § 3.2(e), at 594-95 (2d ed. 1987).